JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JUAN PEREZ,<br><br>              Petitioner,<br><br>             v.<br><br>SUPERIOR COURT OF CALIFORNIA, ET AL.,<br><br>             Respondent. | Case No. CV 18-0267-SVW (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is DENIED, and this action is DISMISSED without prejudice.

Dated: March 6, 2018

                                                  HONORABLE STEPHEN V. WILSON
                                                  United States District Judge